DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**W.J.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,** and **STATEWIDE GUARDIAN AD LITEM OFFICE,**
Appellees.

No. 4D2023-1747

[February 1, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacey Schulman, Judge; L.T. Case No. 2015-4224CJDP.

Lorelei Fiala of the Law Office of Lorelei Fiala, P.A., West Palm Beach, for appellant.

Carolyn Schwarz of Childrens Legal Services, Fort Lauderdale, for appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Appellate Division, Statewide Guardian Ad Litem Office, Tallahassee, for appellee Guardian ad Litem on behalf of Z.E.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***